SYLVIA KRAVITZ, *ET AL.*, PLAINTIFFS-PETITIONERS, v. THE AMERICAN INSURANCE COMPANY OF NEWARK, NEW JERSEY, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Backer & Arkus* for the petitioners.

*Mr. William Charlton* and *Mr. M. Milton Singer* for the respondents.

January 16, 1956.  Denied.

ALBERT BARTHOLDI, PLAINTIFF-PETITIONER, v. JULIENNE L. DUMBEKY, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 37 *N. J. Super.* 418.

*Mr. E. Gustave Greenwald* for the petitioner.

*Messrs. Heller & Laiks* for the respondents.

January 16, 1956.  Denied.